FILED
SEP 2 0 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JENNIFER JOHANNA GARCIA, <br> Defendant. | Case No. 22-CR-0735-TWR <br><br> **ORDER AND JUDGMENT OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** <br><br> The Honorable Todd W. Robinson |

The United States of America's Motion to Dismiss the Indictment (ECF No. 1) under Federal Rule of Criminal Procedure 48(a), without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice.

**SO ORDERED AND ADJUDGED.**

DATED: 9/20/2022

_____
Hon. Todd W. Robinson
United States District Judge